KATE RENTON, Respondent, v. LEROY P. CHEEVER (Appearing Specially, etc.), Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CHARLES I. GOLDMAN, as Treasurer of the International Pocketbook Workers Union, Respondent, v. JOSEPH ROSENZWEIG and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

M. LOWENSTEIN & SONS, INC., Respondent, v. GREENE, SLOANE & COMPANY, Defendant, Impleaded with DUPLAN SILK CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LEO KLEINBERG and Others, Appellants, v. FIFTH AVENUE-34TH STREET REALTY Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LEO KLEINBERG and Others, Appellants, v. PHILIP MEYROWITZ and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

DOMINICK BIANCO, Plaintiff, ANDREW A. BIANCO, Administrator, etc., of DOMINICK BIANCO, Deceased, Appellant, v. SUN OIL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Gorlitzer* v. *Wolffberg* (208 N. Y. 475). Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SOPHIE BRAVERMAN, Respondent, v. IDA LEAH GORDON and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. The defendants to have ten days after service of order in which to pay the costs provided to be paid by the order appealed from and the costs of this appeal. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE POOLE ENGINEERING AND MACHINE COMPANY, Respondent, v. ELECTRICE CORPORATION, Defendant, Impleaded with JOSEPH MERCADANTE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HARRISON H. BOYCE and Another, Respondents, v. THE MOTO METER COMPANY, INC., and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of TERESA GENTILE, as the Mother of DARIO GENTILE, an Infant, etc., and VIOLET GENTILE, an Infant, etc., and THERESA GENTILE, an Infant, etc., and PIRRO GENTILE, an Infant, etc., for Leave to Sell and Convey All Right, Share and Interest of Said Infants in Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOSEPH AVOLA, Appellant, v. TERESA GENTILE and Others, Defendants, Impleaded with PIRRO GENTILE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.